In re AFFILIATED MILLINERY ENTERPRISES, INC.

No. 19565.

District Court, E. D. New York.

Feb. 24, 1932.

I. Jonas Speciner, of New York City, for trustee.

Meyer Marlow, of New York City (Archibald Palmer, of New York City, of counsel), for assignees.

GALSTON, District Judge.

The exceptions to the report of the referee are overruled, and the report is confirmed in all respects, and amounts recommended are ordered paid.